IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LABORERS' COMBINED FUNDS OF
WESTERN PENNSYLVANIA, et al.

        Plaintiff,

   v.

THOMAS DIDIANO & SON, INC.,

        Defendant.

Civil Action No. 06-1347

**STIPULATION PURSUANT TO LOCAL RULE 7.2 OF UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

It is stipulated and agreed by counsel for the parties that Defendant Thomas DiDiano & Son, Inc. is granted an extension of time to file a response to the Complaint in this action as the parties continue to work towards resolving all pending issues. Said Defendant's response shall be filed on or before May 24, 2007.

| METZ LEWIS LLC | TUCKER ARENSBERG, P.C. |
|---|---|
| /s/ *Ross A. Giorgianni, Esquire* | /s/ *Jeffrey J. Leech, Esquire* (w/permission) |
| Joseph H. Bucci, Esquire | Jeffrey J. Leech, Esquire |
| Pa. ID # 53435 | Pa. ID #19814 |
| Ross A. Giorgianni, Esquire | Neil J. Gregorio, Esquire |
| Pa ID # 82076 | Pa. ID #90859 |
| 11 Stanwix Street | 1500 One PPG Place |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| (412) 918-1100 | (412) 566-1212 |
| Attorneys for Defendant, Thomas DiDiano & Sons, Inc. | Attorneys for Plaintiff, Laborers' Combined Funds of Western Pennsylvania, et al. |

ORDER
AND NOW, this 24th day of April, 2007, IT IS SO ORDERED. NO FURTHER EXTENSION WILL BE GRANTED.

Gary L. Lancaster, U.S. District Judge