IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LABORERS' COMBINED FUNDS OF )
WESTERN PENNSYLVANIA, as agent for )
PAUL QUARANTILLO, and JOHN C. )
BUSSE, trustees ad litem,                )        Civil Action No. 06-1347
LABORERS' DISTRICT COUNCIL OF )
WESTERN PENNSYLVANIA WELFARE AND )
PENSION FUNDS, THE CONSTRUCTION )
INDUSTRY ADVANCEMENT PROGRAM OF )
WESTERN PA FUND and the LABORERS' )
DISTRICT COUNCIL OF WESTERN )
PENNSYLVANIA and its affiliated local unions, )
                                         )
              Plaintiff,                  )
                                         )
       v.                                )
                                         )
THOMAS DIDIANO & SON, INC.,             )
                                         )
              Defendant.                 )

**ORDER OF COURT**

AND NOW, this 29th day of _____, 2007 after consideration of

Plaintiff's Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the

above-referenced case is DISCONTINUED against Defendant, Thomas Didiano & Son, Inc.

United States District Judge

LIT:419774-1